# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANNY TURKVAN | No. 3:24cr116(MPS) |

## ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS

Having reviewed the Magistrate Judge's Findings and Recommendations on Pleas of Guilty (ECF No. [282]), I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant to Count One of the Indictment have been knowingly and voluntarily made, and that there is a factual basis for the plea. I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted. Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:   Hartford, Connecticut
         May 7, 2025